IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KATHY JEAN ORNDORFF        *
                           *
v.                         *   Civil No. JFM-00-82
                           *
BALTIMORE COUNTY, MARYLAND *
                        *****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 29th day of February 2000

ORDERED

1. Defendant's motion to dismiss or for summary judgment is treated as one for summary judgment and, as such, is granted;

2. Judgment is entered in favor of defendant against plaintiff; and

3. The Clerk is directed to close this file.

J. Frederick Motz
United States District Judge

6